IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST ANCORP NATIONAL SERVICES, INC. t/a SAVARIN.

October 2, 1973. Petition for certification denied.

JOHN M. EYRE v. GAMMA CHEMICAL CORPORATION.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO MELENDEZ.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROOSEVELT LITTLE.

October 2, 1973. Petition for certification denied.

DORIS R. HOLLANDER v.
KULLMAN DINING CAR COMPANY, INC.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. RUSSELL FORDS.

October 2, 1973. Petition for certification denied.